IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:22-cr-103 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| vs. | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 2320(a)(1) |
| | ) | 18 U.S.C. § 2323 |
| LANARD SMITH | ) | 18 U.S.C. § 981(a)(1)(C) |
| RAYNARD SMITH | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | **INDICTMENT** |

### COUNT 1
(Conspiracy to Traffic in Counterfeit Goods)

**THE GRAND JURY CHARGES:**

1.      Beginning on a date unknown to the Grand Jury but at least as early as April 2021 and continuing thereafter, the exact dates being unknown to the Grand Jury, in the District of South Carolina, and elsewhere, the Defendants **LANARD SMITH** and **RAYNARD SMITH** (collectively, **"DEFENDANTS"**), together with others known and unknown to the Grand Jury, did knowingly and willfully conspire, agree, and have a tacit understanding to traffic and attempt to traffic counterfeit goods, in violation of Title 18, United States Code, Section 2320(a)(1).

### MANNER AND MEANS OF THE CONSPIRACY

2.      At all times relevant to this Indictment, it was part of the conspiracy that the **DEFENDANTS** did operate Game Over Sports, a clothing, accessory, and retail store located at 2150 Northwoods Boulevard, H-600, North Charleston, South Carolina.

3.      **DEFENDANTS** did purchase counterfeit goods and merchandise for the purpose of selling the goods and merchandise at Game Over Sports.

## OVERT ACTS

4. In furtherance of the conspiracy and to accomplish the object of the conspiracy, **DEFENDANTS**, with others known and unknown to the Grand Jury, committed overt acts within the District of South Carolina, and elsewhere, including but not limited to the following:

   a. On or about September 28, 2021, **DEFENDANTS** did sell, and cause to be sold, from Game Over Sports a counterfeit Nike Lakers sports jersey.

   b. On or about October 30, 2021, a shipment of counterfeit merchandise purchased by **DEFENDANTS** arrived at a United States port. The shipment was from a known distributor of counterfeit merchandise.

   c. On or about December 14, 2021, during the execution of a federal search warrant at Game Over Sports, federal agents discovered and seized counterfeit merchandise from **DEFENDANTS**.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### (Trafficking in Counterfeit Goods)

**THE GRAND JURY FURTHER CHARGES:**

5. Paragraphs 1 through 3 of this Indictment are incorporated by reference herein.

6. On or about September 28, 2021, in the District of South Carolina, the Defendants **LANARD SMITH** and **RAYNARD SMITH**, as principals, aiders and abettors, and coparticipants in jointly undertaken criminal activity, did intentionally traffic and attempt to traffic in in goods, [Nike athletic apparel], while knowingly using on and in connection with such goods counterfeit marks, [Nike athletic apparel], identical to and substantially indistinguishable from marks that were in use and registered for goods on the principal register of the United States Patent and Trademark Office, the use of which counterfeit marks were likely to cause confusion, to cause

mistake, and to deceive.

All in violation of Title 18, United States Code, Sections 2320(a)(1) and 2.

## COUNT 3
### (Trafficking in Counterfeit Goods)

**THE GRAND JURY FURTHER CHARGES:**

7.   Paragraphs 1 through 3 of this Indictment are incorporated by reference herein.

8.   Beginning on a date unknown to the Grand Jury but at least as early as April 17, 2021, Defendants **LANARD SMITH** and **RAYNARD SMITH** did intentionally traffic and attempt to traffic in counterfeit goods, namely sports apparel, sports jewelry, and facemasks, while knowingly using on and in connection with such goods counterfeit marks, identical to and substantially indistinguishable from marks that were in use and registered for goods on the principal register of the United States Patent and Trademark Office, the use of which counterfeit marks were likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, Sections 2320(a)(1) and 2.

## **FORFEITURE**

CONSPIRACY /TRAFFICKING IN COUNTERFEIT GOODS:

Upon conviction for violations of Title 18, United States Code, Sections 371 (conspiracy to violate 18 U.S.C. § 2320) and 2320 as charged in this Indictment, the Defendants, **LANARD SMITH** and **RAYNARD SMITH**, shall forfeit to the United States any counterfeit marks, any goods or services on or in connection with which any counterfeit marks are used; any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the counterfeiting offenses; and any property, real or personal, which constitutes, is traceable, or is derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2323, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

A. Cash Proceeds / Forfeiture Judgment:

A sum of money equal to all proceeds the Defendants obtained directly or indirectly as the result of the offenses charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violations of 18 U.S.C. §§ 371 and 2320.

B. Counterfeit Goods:

Miscellaneous counterfeit marks and goods, including belts, clothing, wallets, footwear, purses, hats, etc., on and in connection with which counterfeit marks were knowingly used.

C. <u>Bank Accounts</u>:

$129,890.80 representing the funds seized from Anderson Brothers Bank
pursuant to a seizure warrant
In the name of: Lanard Smith
Account Numbers: x0248 and x6816

D. <u>Electronic Devices</u>

Two Apple cellular phones, two Apple IPads, an electronic cash register and any electronic devices used or intended to be used, in any manner or part, to commit or facilitate the commission of the counterfeiting offenses.

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant-

a. Cannot be located upon the exercise of due diligence;
b. Has been transferred or sold to, or deposited with, a third person;
c. Has been placed beyond the jurisdiction of the court;
d. Has been substantially diminished in value; or
e. Has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28 United States Code, Section 2461(c), to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2323, and Title 28, United States Code, Section 2461(c).

5

A __True__ BILL



FOREPERSON

COREY F. ELLIS
UNITED STATES ATTORNEY

By: _____
Amy Bower (Fed. ID. # 11784)
Assistant United States Attorney
151 Meeting Street Suite 200
Charleston, SC 29401
Office #: (843) 266-1600
Email Address: amy.bower @usdoj.gov